USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/2026

FBT Gibbons

Edward W. Larkin
Partner
+1 212.613.2101 (t)
elarkin@fbtgibbons.com

July 16, 2026

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court for the Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007
GarnettNYSDChambers@nysd.uscourts.gov

Re: Boustead Securities, LLC v. CleanCore Solutions, Inc., Case No. 1:26-cv-04946-MMG

Dear Judge Garnett:

This firm represents Plaintiff Boustead Securities, LLC ("Plaintiff" or "Boustead") in the above-referenced matter. We write respectfully to request a brief adjournment of the Initial Pretrial Conference currently scheduled for July 22, 2026, at 9:30 a.m. in Courtroom 1105.

Plaintiff filed the Complaint (Docket No. 1) in this action on June 11, 2026, together with a Request for Issuance of Summons as to Defendant CleanCore Solutions, Inc. on that same date (Docket No. 4). Notwithstanding same, due to an apparent administrative error, the summons was not electronically issued by the Clerk's Office until July 13, 2026, more than a month after the Complaint was filed and only days before the currently scheduled conference.

As a result of this delay in issuance, Plaintiff has not yet had a meaningful opportunity to effect service of process on Defendant, and the parties have accordingly not been able to confer regarding a proposed case management plan or discovery schedule in advance of an initial pretrial conference under Rule 16 of the Federal Rules of Civil Procedure and the Court's Individual Practices.

In light of the foregoing, Plaintiff respectfully requests that the Court adjourn the Initial Pretrial Conference for approximately 30 days, or to a date otherwise convenient for the Court, to allow sufficient time to complete service on Defendant and to permit the parties to meet and confer in advance of the conference.

We thank the Court for its consideration of this request.

Respectfully yours,

FBT Gibbons LLP

*/s/ Edward W. Larkin*

Edward W. Larkin

CC: All counsel of record via ECF

GRANTED. The initial pretrial conference previously scheduled for July 22, 2026 is ADJOURNED to **Wednesday, August 26, 2026**, at **9:30 a.m**. The deadline for the parties to submit their joint letter and proposed Civil Case Management Plan and Scheduling Order is likewise EXTENDED to **August 19, 2026**.

The conference will take place in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED. Dated July 16, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE