FBT Gibbons

**Edward W. Larkin**
Partner
+1 212.613.2101 (t)
elarkin@fbtgibbons.com

September 14, 2026

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Request for Adjournment of Initial Pretrial Conference of:** ***Boustead Securities, LLC v. CleanCore Solutions, Inc. f/k/a CC Acquisition Corp.*****, Case No. 26-CV-4946 (MMG)**

Dear Judge Garnett:

In accordance with Local Civil Rule 7.1(e) and Rule 1.B.5. of Your Honor's Individual Practices in Civil Cases, we write on behalf of plaintiff Boustead Securities, LLC ("Boustead" or "Plaintiff"), and with the consent of counsel for defendant CleanCore Solutions, Inc. f/k/a CC Acquisition Corp. ("Defendant"), to request an adjournment of the Initial Pretrial Conference from September 16, 2026, to a date after October 19, 2026 and after the ruling on the Defendant's Motion to Dismiss. In furtherance of this request for an adjournment, we state as follows:

1. This is an action for breach of contract and related equitable claims, including quantum meruit and unjust enrichment, to collect amounts due under a Second Settlement Agreement dated August 20, 2025.

2. An Initial Pretrial Conference is currently scheduled for September 16, 2026 at 9:30 a.m. Defendant filed a Motion to Dismiss on August 28, 2026 and agreed to extend the time for Plaintiff to reply to September 30, 2026.

3. Plaintiff requests that the Initial Pretrial Conference be adjourned to a date after October 19, 2026 and after the Court rules on the Defendant's pending Motion to Dismiss.

4. Two prior requests for adjournment have been made in this action. The requests were granted and the Initial Pretrial Conference was adjourned from July 22, 2026 to August 19, 2026 and then again to September 17, 2026.

5. Plaintiff's counsel conferred with Defendant's counsel regarding the requested extension of time and adjournment, and Defendant, through counsel, consents.

6. The requested extension of time will not affect any other scheduled dates in this action.

The parties reserve all rights and defenses in this action.

Accordingly, Boustead respectfully requests that the Court grant its request for an adjournment of the Initial Pretrial Conference to a date after October 19, 2026 and after the Court rules on the Defendant's pending Motion to Dismiss.

We thank Your Honor for your attention to and assistance with this matter.

Respectfully submitted,

By: /s/ Edward W. Larkin
Edward W. Larkin

The parties are referred to the Court's previous Order at Dkt. No. 19, which adjourned the Initial Pretrial Conference *sine die* to allow time for the parties to brief the motion to dismiss and to pursue settlement. The Court expects counsel to be mindful of court resources and to fulfill their professional obligations in good faith, which requires reading Court orders in full.

The Clerk of the Court is kindly directed to terminate Dkt. No. 21.

SO ORDERED. Dated September 15, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE