**MEMO ENDORSED.**

LUCOSKY BROOKMAN

LUCOSKY BROOKMAN LLP

101 Wood Avenue South
5th Floor
Woodbridge, NJ 08830

T – (732) 395-4400
F – (732) 395-4401

111 Broadway
Suite 807
New York, NY 10006

T – (212) 417-8160
F – (212) 417-8161

www.lucbro.com

September 16, 2026

**via ECF**

Hon. Ona T. Wang
United States Courthouse
500 Pearl Street
New York, New York 1007

**Re:** ***Boustead Securities, LLC v. CleanCore Solutions, Inc. (No. 26-cv-4946)***

Dear Judge Wang:

Please accept this letter as Defendant's motion to adjourn the Preliminary Settlement Conference Call scheduled for 3 pm on October 14, 2026 (DE #24). Defendant respectfully requests an adjournment because the undersigned is lead counsel in a matter in which an in person pretrial conference is scheduled for that same time and date (*Fried v. AdaptHealth LLC*, 1:24-cv-00305, pending in the United States District Court, District of Delaware), with trial scheduled for the following week. The undersigned is also lead counsel in an arbitration that is scheduled for hearings all other days that week.

This is the first request for an adjournment. Plaintiff's counsel graciously consented to the request. Counsel are all available on October 26 to 29 and November 1 and 2 for a Preliminary Settlement Conference Call should the Court grant this letter motion.

I thank the Court for its consideration of this request.

Respectfully submitted,

Willard C. Shih

Application Granted. The Conference is ADJOURNED to T**hursday, October 29, 2026 at 3:00 PM.** Parties are directed to call chambers at that time with all counsel on the line.

**SO ORDERED.**

Ona T. Wang
U.S.M.J.

Dated: September 17, 2026