Edward W. Larkin
Partner
+1 212.613.2101 (t)
elarkin@fbtgibbons.com

October 29, 2026

Hon. Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Motion to Withdraw Document # 34 in Matter of:**
***Boustead Securities, LLC v. CleanCore Solutions, Inc. f/k/a CC Acquisition Corp.*, Case No. 26-CV-4946 (MMG)**

Dear Judge Wang:

We write on behalf of plaintiff Boustead Securities, LLC ("Boustead" or "Plaintiff") to respectfully move to withdraw the previously filed letter to the Court (Dkt. 34), which was inadvertently filed. In support of this motion, we state as follows:

On October 27, 2026, Boustead filed Dkt. 34. The document contained confidential settlement information and was not intended to be publicly filed. Accordingly, Boustead respectfully requests that the Court grant its motion to withdraw document 34 from the Court's docket.

We thank Your Honor for your attention to and assistance with this matter.

Respectfully submitted,

By: */s/ Edward W. Larkin*
Edward W. Larkin