UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BOUSTEAD SECURITIES, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>CLEANCORE SOLUTIONS, INC.,<br><br>Defendant. | : | 26-CV-4946 (MMG) (OTW)<br><br>**SCHEDULING ORDER** |

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Monday, November 16, 2026 at 2:00 p.m.** for Defense counsel only and **Monday, November 16, 2026 at 2:30 p.m.** for Plaintiff's counsel only. Please call Chambers at 212-805-0260 when all counsel are on the line. The November 17, 2026 (ECF 32) is adjourned.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 10, 2026
New York, New York